# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv367

| | |
|---|---|
| **HIGH VOLTAGE BEVERAGES, LLC** ) </br> ) </br> **Plaintiffs,** ) </br> ) </br> vs. ) </br> ) </br> **THE COCA-COLA COMPANY** ) </br> ) </br> **Defendants.** ) </br> ) | <u>**O R D E R**</u> |

**THIS MATTER** is before the Court on the Defendant's Applications For Admission To Practice Pro Hac Vice of attorneys Adam P. Seitz, Bart A. Starr, and B. Trent Webb. [Docs. 14, 15, 16].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's applications are **ALLOWED**, and Adam P. Seitz, Bart A. Starr, and B. Trent Webb are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: September 20, 2008

Martin Reidinger
United States District Judge