# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv367

| | |
|---|---|
| **HIGH VOLTAGE BEVERAGES, LLC** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **THE COCA-COLA COMPANY** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's Application For Admission To Practice Pro Hac Vice of attorney Angel A. Mitchell. [Doc. 25].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's application is **ALLOWED**, and Angel A. Mitchell is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: November 11, 2008

*Martin Reidinger*
United States District Judge