# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CIVIL CASE NO. 3:08cv367

| | |
|---|---|
| HIGH VOLTAGE BEVERAGES, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| THE COCA-COLA COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss Bad Faith Claim [Doc. 18]. Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, United States Magistrate Judge Dennis L. Howell, was designated to consider said Motion and to submit to this Court recommendations for the disposition of this motion.

On November 10, 2008, the Magistrate Judge filed a Memorandum and Recommendation [Doc. 28] in which he recommended denying the motion to dismiss. The parties were advised that any objections to the Magistrate Judge's conclusions and reconendations were to be filed in writing within ten days of service of the Recommendation and that failure to

file objections to the Memorandum and Recommendation would preclude the parties from raising any objection on appeal. [Doc. 28 at 11]. The period within which to file objections expired on December 1, 2008 and no written objections to the Memorandum and Recommendation have been filed.

The Court concludes that the Magistrate Judge's recommendation is supported by the record and the law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation.

**IT IS, THEREFORE, ORDERED** that Defendant Coca-Cola's Motion to Dismiss Plaintiff's Bad Faith Claim [Doc. 18] is hereby **DENIED**.

Signed: December 2, 2008

Martin Reidinger
United States District Judge