IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv367

| | |
|---|---|
| HIGH VOLTAGE BEVERAGES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | AMENDED |
| Vs. ) | ORDER |
| ) | |
| THE COCA-COLA COMPANY, ) | |
| ) | |
| Defendant and Counter ) | |
| Claimant, ) | |
| ) | |
| Vs. ) | |
| ) | |
| HIGH VOLTAGE BEVERAGES, LLC, ) | |
| ) | |
| Counter Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Modify Pretrial Order and Case Management Plan with Regard to Certain Expert Deadlines. In the brief in support and the response, the parties ask to be heard on the issue. Having considered plaintiff's motion and reviewed the pleadings, the court enters the following Order.

1

# ORDER

**IT IS, THEREFORE, ORDERED** that the **request for hearing of** plaintiff's Motion to Modify Pretrial Order and Case Management Plan with Regard to Certain Expert Deadlines (#47) is **GRANTED,** and such motion is calendared for hearing on April 28, 2009, at 2 p.m. in Asheville.

Signed: April 3, 2009

Dennis L. Howell
United States Magistrate Judge