IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv367

HIGH VOLTAGE BEVERAGES, LLC, )
)
    Plaintiff, )
)
Vs. ) ORDER
)
THE COCA-COLA COMPANY, )
)
    Defendant and Counter )
    Claimant, )
)
Vs. )
)
HIGH VOLTAGE BEVERAGES, LLC, )
)
    Counter Defendant. )
_____ )

**THIS MATTER** is before the court on defendant's Motion to Compel Responses (#70), the plaintiff's Response (#80) and Errata (#83), and the defendant's Reply. In the reply, defendant reports that plaintiff has now provided "more meaningful" discovery responses and withdraws the motion.[1]

---

[1] The parties are advised that in order to withdraw a motion in the future, a pleading with a caption to that effect should be filed through ECF as the contents of responses are not typically reviewed by Deputy Clerks.

1

## ORDER

**IT IS, THEREFORE, ORDERED** that the defendant's Motion to Compel Responses (#70) is **WITHDRAWN.**

Signed: May 11, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge