# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO. 3:08cv367

| | |
|---|---|
| HIGH VOLTAGE BEVERAGES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | <u>O R D E R</u> |
| ) | |
| THE COCA-COLA COMPANY. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's motion for admission of attorney Claire Marie Terrebonne as counsel *pro hac vice*. [Doc. 105].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion [Doc. 105] is **ALLOWED**, and Claire Marie Terrebonne is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: July 16, 2009

Lacy H. Thornburg
United States District Judge