# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:08cv367

| | | |
|---|---|---|
| **HIGH VOLTAGE BEVERAGES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **THE COCA-COLA COMPANY,** | ) | |
| | ) | |
| **Defendant and Counter Claimant,** | ) | |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **HIGH VOLTAGE BEVERAGES, LLC,** | ) | |
| | ) | |
| **Counter Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on plaintiff's Request for Status Conference (#144), in which defendant joins (#145). For good cause shown, the request will be allowed and a Status Conference set. The parties are respectfully requested to discuss whether it would now be appropriate to dissolve the stay and whether it is necessary for the district court to further consider the Rule 72(a) objections and whether such should be withdrawn.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Request for Status Conference (#144) is **GRANTED**, and a status conference is calendared for Friday, March 5, 2010, at 11 a.m. in Courtroom #2 in Asheville.

Signed: February 16, 2010

Dennis L. Howell
United States Magistrate Judge