# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:08cv367

| | |
|---|---|
| **HIGH VOLTAGE BEVERAGES, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **THE COCA-COLA COMPANY,** ) | |
| ) | |
| Defendant and Counter ) | |
| Claimant, ) | |
| ) | |
| Vs. ) | |
| ) | |
| **BRAND NAME MANAGEMENT, INC.;** ) | |
| **and OWEN RYAN,** ) | |
| ) | |
| Counter Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the joint Motion for Appointment of Special Master. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Appointment of Special Master (#213) is **GRANTED,** and Edward T. Hinson is **APPOINTED**

Dockets.Justia.com

to serve as a Special Master in this matter in accordance with the Consent Order

Regarding Discovery Motions for the purpose of resoling privilege disputes.

Signed: July 22, 2010

*[signature]*

Dennis L. Howell
United States Magistrate Judge