IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:08-cv-00367

| | |
|---|---|
| **DLH HIGH VOLTAGE** ) | |
| **BEVERAGES, LLC** ) | |
|             ) | |
|     **Plaintiff,** ) | |
|             ) | |
|     **v.** ) | **ORDER** |
|             ) | |
| **THE COCA-COLA COMPANY,** ) | |
|             ) | |
|     **Defendant.** ) | |

**THIS MATTER** is before the Court upon its own motion pursuant to a scheduling conference held by telephone on August 27, 2010. The clerk is directed to remove the case from the November 8, 2010 trial calendar, and the trial is hereby rescheduled for the February 21, 2011 term at 10:00 AM in Courtroom 3 at 401 W. Trade Street, Charlotte, NC 28202.

SO ORDERED.

Signed: August 27, 2010

Graham C. Mullen
United States District Judge