IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv367

| | | |
|---|---|---|
| **HIGH VOLTAGE BEVERAGES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **THE COCA-COLA COMPANY,** | ) | |
| | ) | |
| **Defendant and Counter Claimant,** | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| **BRAND NAME MANAGEMENT, INC.; and OWEN RYAN,** | ) | |
| | ) | |
| **Counter Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's Motion for Relief Pursuant to Rule 56(f) (#211). In this motion, defendant seeks to delay consideration of counter-defendants' Motion for Partial Summary Judgment (#199) on the defendant's counterclaims for champerty and maintenance. For cause, defendant argues that it has not received everything it needs in discovery to fully respond to counter-defendants' motion. Rule 56(f), Federal Rules of Civil Procedure, provides as follows:

-1-

> **(f) When Affidavits Are Unavailable.**
> If a party opposing the motion shows by affidavit that, for specified reasons, it cannot present facts essential to justify its opposition, the court may:
> (1) deny the motion;
> (2) order a continuance to enable affidavits to be obtained, depositions to be taken, or other discovery to be undertaken; or
> (3) issue any other just order.

Fed.R.Civ.P. 56(f).

For the reasons discussed at the hearing, this motion will be allowed and defendant will be allowed until September 25, 2010, to file a supplemental five-page brief supported by any additional evidentiary materials defendant believes are appropriate. Counter-defendants will be allowed until October 1, 2010, to file a five-page response with any additional evidentiary materials they believe are both appropriate and responsive, and there shall be no reply.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Relief Pursuant to Rule 56(f) (#211) is **GRANTED,** and defendant is allowed until September 25, 2010, to file a supplemental five-page brief supported by any additional evidentiary materials defendant believes are appropriate. Counter-defendants are allowed until October 1, 2010, to file a five-page response with any additional evidentiary materials they believe are both appropriate and responsive, and there shall be no reply.

Signed: September 22, 2010

*[signature]*

Dennis L. Howell
United States Magistrate Judge