UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-367-GCM

HIGH VOLTAGE BEVERAGES, LLC

    **Plaintiff,**

v.

THE COCA-COLA COMPANY,

    **Defendant.**

## **ORDER**

THIS MATTER is before the Court upon its own motion. Due to a clerical error, the trial in this matter was set for February 21, 2011. IT IS HEREBY ORDERED that the trial in this matter is rescheduled for the **February 22, 2011** term at 10:00 A.M. in Courtroom 3 at 401 West Trade Street, Charlotte, NC 28202.

SO ORDERED.

Signed: December 15, 2010

Graham C. Mullen
United States District Judge