UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-367-GCM

| | |
|---|---|
| HIGH VOLTAGE BEVERAGES, LLC., ) | |
|             Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| THE COCA-COLA COMPANY, ) | |
|             Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **April 11, 2011.**

**SO ORDERED**.

Signed: January 5, 2011

Graham C. Mullen
United States District Judge