IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV367

| | |
|---|---|
| HIGH VOLTAGE BEVERAGES, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE COCA-COLA COMPANY, )<br>)<br>Defendant and Counter Claimant, )<br>)<br>vs. )<br>)<br>BRAND NAME MANAGEMENT, INC., and )<br>OWEN RYAN, )<br>)<br>Counter Defendants. )<br>_____) | ORDER |

    This matter is before the court upon its own motion. Due to the complexity of this case and the volume of briefs and exhibits the court must consider prior to trial, the court finds it necessary to modify the pretrial order to set an expedited briefing schedule for Motions in Limine. Coca-Cola filed Motions in Limine on February 28. Any responses to those motions must be filed by March 9, and any replies by March 14. Should HVB wish to file any Motions in Limine, it should do so no later than March 9. Responses to those motions will thereafter be due March 18, and replies by March 23.
    IT IS SO ORDERED.

                                                Signed: March 3, 2011

                                                Graham C. Mullen
                                                United States District Judge