IN THE **UNITED STATES** COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:08-CV-367

| | |
|---|---|
| HIGH VOLTAGE BEVERAGES, LLC<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>THE COCA-COLA COMPANY<br><br>    Defendant/Counterclaim Plaintiff. | **ORDER** |

This matter is before the Court upon Defendant/Counterclaim Plaintiff The Coca-Cola Company ("TCCC") Consent Motion to Set Deadline for Response to Motion to Sever (#265). The Court finds that the deadline requested by TCCC is reasonable.

TCCC's motion is therefore **GRANTED**. TCCC's response to Defendant High Voltage Beverages, LLC's ("HVB") Motion to Sever the Champerty Counterclaim for Trial (#263) shall be filed no later than March 16, 2011. HVB's reply shall be filed no later than March 21.

Signed: March 7, 2011

Graham C. Mullen
United States District Judge