UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

_____
)
HIGH VOLTAGE BEVERAGES, LLC )
)
)
Plaintiffs/Counterclaim Defendant, )
) CASE NO. 03:08-cv-367
vs. )
)
THE COCA-COLA COMPANY )
)
Defendant/Counterclaim Plaintiff, )
)
BRAND NAME MANAGEMENT, INC., a )
Delaware corporation f/k/a Brand Name )
Management, Inc., a New York corporation, )
and OWEN RYAN, )
)
Counterclaim Defendants. )
)
_____)

This Matter is before the Court upon the Joint Motion of High Voltage Beverages, LLC, The Coca-Cola Company, Brand Name Management, Inc. and Owen Ryan to authorize the release of juror qualification questionnaires in advance of trial.

The Court finds that the Motion is supported by good cause. **IT IS THEREFORE ORDERED** that the Joint Motion is **GRANTED**. The Jury Coordinator for the Western District of North Carolina is authorized and directed to release a copy of the juror qualification questionnaires to counsel for the parties in this case in advance of trial. The

1

parties in this case may use the questionnaires solely for the purpose of jury selection in this case.

It is so **ORDERED.**

Signed: March 29, 2011

Graham C. Mullen
United States District Judge