IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv367

HIGH VOLTAGE BEVERAGES, LLC, )
)
    Plaintiff, )
)
vs. ) VERDICT FORM
)
THE COCA-COLA COMPANY, )
)
    Defendant. )
)

Indicate your answers to the following questions:

**1. Did HVB own a valid trademark in the VOLT mark?**

    Answer: Yes _X_
              No ___

If your answer to Question Number 1 is "No," please proceed to Question Number 4. If your answer to Question Number 1 is "Yes," please proceed to Question Number 2.

**2. Is there a likelihood of confusion between Coke's VAULT mark and HVB's VOLT mark?**

    Answer: Yes ___
              No _X_

If your answer to Question Number 2 is "No," please proceed to Question Number 4. If your answer to Question Number 2 is "Yes," please proceed to Question Numbers 3 and 4.

**3. Did Coke establish by a preponderance of the evidence its affirmative defense of unclean hands?**

    Answer: Yes ___
            No ___

4. Did the Plaintiff HVB engage in champerty and maintenance?

Answer: Yes \_\_\_\_\_
No  X



4-21-11
_____
Date

2