IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:08-CV-367

| HIGH VOLTAGE BEVERAGES, LLC, | ) | |
|---|---|---|
| Plaintiff/Counterclaim Defendant, | ) | |
| vs. | ) | ORDER |
| THE COCA-COLA COMPANY, | ) | |
| Defendant/Counterclaim Plaintiff. | ) | |

This action was tried by a jury with Judge Graham C. Mullen presiding, and the jury has rendered a verdict.

It is hereby ORDERED that:

1. Plaintiff's trademark infringement claim is dismissed on the merits; and

2. Defendant's counterclaims for invalidity and champerty and maintenance are dismissed on the merits.

3. The Clerk is to prepare and issue a judgement in accordance with this order.

IT IS SO ORDERED

Signed: April 29, 2011

Graham C. Mullen
United States District Judge