# United States District Court
# For The Western District of North Carolina
# Charlotte Division

High Voltage Beverages, LLC ,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                                 3:08-cv-367

The Coca-Cola Company ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Jury Verdict and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 29, 2011 Order.

Signed: April 29, 2011

Frank G. Johns, Clerk
United States District Court