# IN THE UNITED STATES COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### 3:08-CV-367

| | | |
|---|---|---|
| HIGH VOLTAGE BEVERAGES, LLC | | |
| Plaintiff/Counterclaim Defendant, | | |
| vs. | | |
| THE COCA-COLA COMPANY | | |
| Defendant/Counterclaim Plaintiff. | | |

## STIPULATED DISMISSAL WITH PREJUDICE

Following entry of Judgment, Plaintiff/Counterclaim Defendant High Voltage Beverages, LLC ("HVB") and Defendant/Counterclaim Plaintiff The Coca-Cola Company ("TCCC") executed a Settlement Agreement resolving all post-trial and appeal issues. The parties therefore jointly stipulate to dismiss any and all remaining issues in the case pursuant to Federal Rule of Civil Procedure 41(a) including, without limitation:

1.    TCCC hereby withdraws its Renewed Motion for Judgment as a Matter of Law and a New Trial; and

2.    the parties agree that each party shall bear its own fees and costs in connection with this action.

The parties respectfully request that the Court enter an order accordingly. A proposed order is being submitted simultaneously herewith.

4534918 v1

Respectfully submitted this 11th day of July, 2011.


s/ James T. Williams, Jr. (w/ permission)       /s/       B. Trent Webb
James T. Williams, Jr.                          B. TRENT WEBB
N.C. Bar No. 4758                               MO Bar # 40778
jwilliams@brookspierce.com                      ADAM P. SEITZ
Jennifer K. Van Zant                            MO Bar # 53929
N.C. Bar No. 21280                              ANGEL D. MITCHELL
jvanzant@brookspierce.com                       MO Bar # 52309
David W. Sar                                    SHOOK, HARDY & BACON, L.L.P.
N.C. Bar No. 23533                              2555 Grand Blvd.
dsar@brookspierce.com                           Kansas City, MO 64108-2613
John S. Buford                                  Telephone:  816-474-6550
N.C. Bar No. 28455                              Facsimile:  816-421-5547
jbuford@brookspierce.com
BROOKS, PIERCE, McLENDON,                        JAMES F. WYATT, III
   HUMPHREY & LEONARD, L.L.P.                     NC Bar # 13766
P.O. Box 26000                                   ROBERT A. BLAKE, JR.
Greensboro, NC 27420                             NC Bar # 20858
Telephone: (336) 373-8850                        WYATT & BLAKE, LLP
Fax: (336) 378-1001                              435 E. Morehead Street
                                                 Charlotte, NC 28202
ATTORNEYS FOR PLAINTIFF HIGH                     Telephone:  704-331-0767
VOLTAGE BEVERAGES, LLC                           Facsimile:  704-331-0773

OF COUNSEL:                                      ATTORNEYS FOR DEFENDANT
Jonathan Z. King                                 THE COCA-COLA COMPANY
Richard S. Mandel
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 790-9200
Fax: (212) 575-0671

4534918 v1