I.

4534922 v1

IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:08-CV-367

HIGH VOLTAGE BEVERAGES, LLC

    Plaintiff/Counterclaim Defendant,

vs.

THE COCA-COLA COMPANY

    Defendant/Counterclaim Plaintiff.

## ORDER

In accordance with the parties' Stipulated Dismissal With Prejudice, it is HEREBY ORDERED that:

1.     TCCC's Renewed Motion for Judgment as a Matter of Law and a New Trial (doc. 372) is DENIED as moot; and

2.     each party shall bear its own fees and costs in connection with this action.

    IT IS SO ORDERED.

    Signed: July 14, 2011

    Graham C. Mullen
    United States District Judge